ORIGINAL

# MISC14 0127

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

VITALIANO, J.

## MISCELLANEOUS CASE INFORMATION SHEET

| PLAINTIFF: | DEFENDANT: |
|---|---|

*(stamp: 2014 FEB -4 PM 2: 37 — U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK — FILED CLERK)*

**IN THE MATTER OF:**
In Re the Application of NATALIA POTANINA for an Order to Take Discovery Pursuant to 28 USC § 1782(a)

**CAUSE OF ACTION:**

**RELIEF SOUGHT:**
An order to take discovery for use in a foreign proceeding

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| Karl Geercken  (KG-5897)<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400 | N/A |

I am currently a member in good standing of the bar of this Court:  ☑ YES  ☐ NO

Signature of Attorney of Record: _____   Date: 2/4/14

46530698 30