# Debevoise & Plimpton

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000



February 3, 2016

**VIA ECF**

The Hon. Loretta A. Preska
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    *In re* **Potanina**, Nos. 14-MC-31 and 14-MC-57 (S.D.N.Y. filed Feb. 3, 2014,
          consolidated Mar. 13, 2014) (Part I)

Dear Chief Judge Preska:

  Please be advised that, as of February 8, 2016, Steven S. Michaels will no longer be employed by the firm of Debevoise & Plimpton LLP, the attorneys for Respondents Altpoint Capital Partners LLC, Brett Pertuz, Anish Sheth, Derek Pease, Prabhkirat (Yuki) Narula, and Eric Chan. Other Debevoise attorneys, including the undersigned, have appeared and continue to represent our clients in this matter. Mr. Michaels is not asserting a retaining or charging lien.

  I hereby respectfully request the Court's permission to have Mr. Michaels's name removed from the Court docket and ECF electronic mailing distribution lists in these matters. I would be most grateful if Your Honor would approve of this withdrawal by having this letter endorsed so that the Clerk may modify and update the Court's records.

  Thank you for your attention to this request.

                    Very truly yours,

                    /s/ Mark W. Friedman
2/5/2016                 Mark W. Friedman
SO ORDERED:            Debevoise & Plimpton LLP
*Loretta A. Preska*           919 Third Avenue
                 New York, NY 10022
U.S.D.J.                Tel.:  +1 212 909 6000
                 Fax:  +1 212 909 6836
                 mwfriedman@debevoise.com